IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 2 5 2007

JOHN F. CORCORAN, CLERK
BY: _____
    DEPUTY CLERK

JAMES MADISON MCCAULEY,       )
                              )        Civil Action No. 7:07cv00244
          Plaintiff,          )
                              )        **FINAL ORDER**
                              )
GENE JOHNSON, et al.,         )
                              )        By: Hon. James C. Turk
                              )        Senior United States District Judge
          Defendants.         )

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Gilbert's motion for summary judgment (Dkt. No. 37) is **GRANTED**; McCauley's motion to
alter or amend the judgment (Dkt. No. 39) is **DENIED**; McCauley's motion for discovery (Dkt. No.
41) is **DENIED**; McCauley's motion for counsel (Dkt. No. 40) is **DENIED**; and this action shall
be stricken from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and Memorandum Opinion
to plaintiff and to counsel of record for the defendant.

**ENTER**: This _25th_ day of October, 2007.

_____
Senior United States District Judge